UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTORIA MARION,**
       **Plaintiff,**

v.                                         Case No: 6:19-cv-176-Orl-18GJK

**COMMISSIONER OF SOCIAL SECURITY,**
       **Defendant.**

## ORDER

This cause came on for consideration on Plaintiff Victoria Marion's Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act (Doc. 26), which the Court referred to the United States Magistrate Judge for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 27), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 27) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Victoria Marion's Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act (Doc. 27) is **GRANTED**.

3. Plaintiff Victoria Marion, as the prevailing party, is awarded attorneys' fees in the amount of **$6,476.40**.

4. The Clerk of Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff Victoria Marion and against Defendant Commissioner of Social Security.

**DONE** and **ORDERED** in Orlando, Florida, this _5_ day of April, 2020.

                                                G. KENDALL SHARP
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record